390

John E. LAUGHLIN, James J. Laughlin, Appellants, v. F. W. BERENS et al., Appellees.

Nos. 8528–8530.

United States Court of Appeals. District of Columbia.

Argued Dec. 13, 1943.

Decided Jan. 10, 1944.

Mr. James J. Laughlin, of Washington, D. C., for appellants.

Mr. Paul E. Lesh, of Washington, D. C., with whom Mr. Dale D. Drain, of Washington, D. C., was on the brief, for appellees.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the judgment appealed from, in each case, is, therefore,

Affirmed.